

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-21-00464-CR

Patricia Dawn **HANVY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-837-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was originally due November 15, 2021, but was not filed. On November 18, 2021, the court reporter filed a notification of late record, requesting an extension of time to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record **by December 15, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court